## Case No. 13,831.
### The TENNESSEE.
[Cited in The Selma, Case No. 12,647. Nowhere reported; opinion not now accessible.]